07cv3736

The civil cover sheet and the i~~nformation~~ ... JUDGE LEFKOW ... ₂ and service of pleadings or other papers as required by
law, except as provided by loc:~~al~~ ... MAG. JUDGE DENLOW ... for the purpose of initiating the civil docket sheet. (SEE
INSTRUCTIONS ON THE RE~~VERSE~~

## (a) PLAINTIFFS

Reginald Payton and Payton Studios, Inc., an Illinois Corporation,

**DEFENDANTS**

City of Chicago; Philip J. Cline, Chicago Police Superintendant, Police Officer Bell, Police Officer Centeno, Sergeant Jozefowicz, Michael Federow, Margaret Mahon and MMM Fulton Trust

**(b)** County of Residence of First Listed Plaintiff  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Unknown
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**FILED**
J:N  JUL 3 2007
JUL X 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Simon Love, Esq.
10218 South Wood Street
Chicago, IL 60643          312-661-0049

Attorneys (If Known)
City of Chicago, Department of Law, torts Division
30 North La Salle Street, Suite 800
Chicago, IL  60602          312-744-6959

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [■] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)  and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ]110 Insurance | **PERSONAL INJURY** | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane | [ ]620 Other Food & Drug |  | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product | [ ]625 Drug Related Seizure | [ ]423 Withdrawal | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | Liability | of Property 21 USC 881 | 28 USC 157 | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment | [ ]320 Assault, Libel & | [ ]630 Liquor Laws |  | [ ]460 Deportation |
| & Enforcement of Judgment | Slander | [ ]640 R.R. & Truck | **PROPERTY RIGHTS** | [ ]470 Racketeer Influenced and |
| [ ]151 Medicare Act | [ ]330 Federal Employers' | [ ]650 Airline Regs. |  | Corrupt Organizations |
| [ ]152 Recovery of Defaulted | Liability | [ ]660 Occupational | [■]820 Copyrights | [ ]480 Consumer Credit |
| Student Loans (excl. vet.) | [ ]340 Marine | Safety/Health | [ ]830 Patent | [ ]490 Cable/Satellite TV |
| [ ]153 Recovery of Overpayment | [ ]345 Marine Product | [ ]690 Other | [ ]840 Trademark | [ ]810 Selective Service |
| of Veteran's Benefits | Liability |  |  | [ ]850 Security/Commodity/Exch. |
| [ ]160 Stockholders' Suits | [ ]350 Motor Vehicle |  | **SOCIAL SECURITY** | [ ]875 Customer Challenge |
| [ ]190 Other Contract | [ ]355 Motor Vehicle | **LABOR** |  | 12 USC 3410 |
| [ ]195 Contract Product Liability | Product Liability | [ ]710 Fair Labor Standards | [ ]861 HIA (1395ff) | [ ]891 Agricultural Acts |
| [ ]196 Franchise | [ ]360 Other Personal Inj. | Act | [ ]862 Black Lung (923) | [ ]892 Economic Stabilization Act |
|  |  | [ ]720 Labor/Mgmt. Relations | [ ]863 DIWC/DIWW (405(g)) | [ ]893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ]864 SSID Title XVI | [ ]894 Energy Allocation Act |
|  |  |  | [ ]865 RSI (405(g)) | [ ]895 Freedom of Information Act |
| [ ]210 Land Condemnation | [ ]441 Voting | [ ]510 Motions to Vacate |  | [ ]900 Appeal of Fee |
| [ ]220 Foreclosure | [ ]442 Employment | Sentence | **FEDERAL TAX SUITS** | Determination Under |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing/ | Habeas Corpus: |  | Equal Access to Justice |
| [ ]240 Torts to Land | Accommodations | [ ]530 General | [ ]870 Taxes (U.S. Plaintiff | [ ]950 Constitutionality of |
| [ ]245 Tort Product Liability | [ ]444 Welfare | [ ]535 Death Penalty | or Defendant) | State Statutes |
| [ ]290 All Other Real Property | [ ]445 ADA—Employment | [ ]540 Mandamus & Other | [ ]871 IRS—Third Party | [ ]890 Other Statutory Actions |
|  | [ ]446 ADA — Other | [ ]550 Civil Rights | 26 USC 7609 |  |
|  | [■]440 Other Civil Rights | [ ]555 Prison Condition |  |  |

Other torts checked: [■]380 Other Personal Property Damage; [ ]362 Personal Injury—; [ ]730 Labor/Mgmt.Reporting & Disclosure Act; [ ]740 Railway Labor Act; [ ]790 Other Labor Litigation; [ ]791 Empl. Ret. Inc. Security Act

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- [ ]1  Original Proceeding
- [■]2  Removed from State Court
- [ ]3  Remanded from Appellate Court
- [ ]4  Reinstated or Reopened
- [ ]5  Transferred from another district (specify)
- [ ]6  Multidistrict Litigation
- [ ]7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION  (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

4th Amendment: Illegal Search pursuant to 42 USC Section 1983.

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ]Yes  [■]No

**IX.** This case   [■] is not a refiling of a previously dismissed action.

[ ] is a refiling of case number _____ , previously dismissed by Judge _____

DATE  7-3-07

SIGNATURE OF ATTORNEY OF RECORD