# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**

JUL 2 3 2007
7-23-07

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of *Reginald Burton and Burton Indus Jn,* Case 07 C 3736

*vs.*

*City of Chicago, et al*

Plaintiff

Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Reginald Burton and Burton Indus, Inc. Plaintiff*

| | |
|---|---|
| **SIGNATURE** *[signature]* | |
| **FIRM** *Law Office of Simon Live* | |
| **STREET ADDRESS** *10218 J. Wood St* | |
| **CITY/STATE/ZIP** *Chicago, IL 60643* | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 22114 | **TELEPHONE NUMBER** 312.882.0881 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |