## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Reginald Payton and Payton Studios, Inc.,  )
an Illinois corporation,                    )
        Plaintiff,                        )
                   )
        v.                                )    No.07 CV 3736
                   )
CITY OF CHICAGO, a municipal              )
Corporation, et al.,                       )
        Defendants.                       )

### NOTICE OF FILING

TO:    Simon Love, Esq.
       10218 South Wood Street
       Chicago, IL 60643

      **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **AGREED MOTION OF CITY OF CHICAGO FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

      **PLEASE TAKE FURTHER NOTICE** that I shall appear before the **Honorable Judge Lefkow,** or before such other Judge sitting in his stead, on the **14th day of August, 2007, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, and then and there present the attached motion.

      **DATED** at Chicago, Illinois this **3nd  day of August, 2007.**

                                   Respectfully submitted,
                                   MARA S. GEORGES
                                   Corporation Counsel
                                   City of Chicago

30 N. LaSalle Street           By:  _____
Suite 1040
Chicago, Illinois 60602                John B. Viverito
(312) 744-0677                   Assistant Corporation Counsel
Atty. No. 6271501

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing

**NOTICE OF MOTION** and **AGREED MOTION OF CITY OF CHICAGO FOR**

**EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be mailed to the

person named in the foregoing Notice at the address therein shown, on this **3nd day of August,**

**2007.**

John B. Viverito
Assistant Corporation Counsel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Reginald Payton and Payton Studios, Inc., an Illinois corporation, <br>       Plaintiff, <br> v. <br> <br> CITY OF CHICAGO, a municipal Corporation, et al., <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.07 CV 3736 |

### AGREED MOTION OF CITY OF CHICAGO FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to September 6, 2007, to answer or otherwise plead in response to plaintiff's First Amended Complaint. In support of this motion, defendant states the following:

1.    Plaintiff filed his First Amended Complaint on or about June 11, 2007. The Complaint was served upon the City of Chicago on or about June 21, 2007.

2.    The Defendant filed its Notice of Removal to the U.S. District Court for the Northern District of Illinois on July 3, 2007.

3.    The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in plaintiff's First Amended Complaint and compiling the pertinent records.

4.    This motion is City's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings, but rather to allow City to respond properly to the allegations in plaintiff's Amended Complaint.

5.    On August 1, 2007, defense counsel for the City spoke to plaintiff's counsel

regarding the above motion and plaintiff's counsel had no objection to the motion.

WHEREFORE, City respectfully requests that it be given an extension of time to September 6, 2007, to answer or otherwise plead in response to plaintiff's First Amended Complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel for
the City of Chicago

BY: _____

John B. Viverito
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1040
Chicago, Illinois 60602
(312) 744-0677
Atty. No.6271501

2