## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Reginald Payton and Payton Studios, Inc., | ) | |
| an Illinois corporation, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.07 CV 3736 |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | |
| Corporation, et al., | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

TO:    Simon Love, Esq.
       10218 South Wood Street
       Chicago, IL 60643

PLEASE TAKE NOTICE that I shall appear before the **Honorable Judge Lefkow,** or before such other Judge sitting in his stead, on the **14th day of August, 2007, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, and then and there present the City of Chicago's **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

DATED at Chicago, Illinois this **6nd day of August, 2007.**

Respectfully submitted,
MARA S. GEORGES
Corporation Counsel
City of Chicago

By: _____
John B. Viverito
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1040
Chicago, Illinois 60602
(312) 744-0677
Atty. No. 6271501

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing

**AMENDED NOTICE OF MOTION** to be mailed to the person named in the foregoing Notice

at the address therein shown, on this **6ⁿᵈ  day of August, 2007.**

John B. Viverito
Assistant Corporation Counsel