## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Reginald Payton, et al.

                Plaintiff,

v.

City Of Chicago, et al.

                Defendant.

Case No.: 1:07–cv–03736

Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2007:

       MINUTE entry before Judge Joan H. Lefkow : MOTION by Defendants Sergeant Jozefowicz, Officer Bell, City Of Chicago for extension of time is granted. Defendants' answer to be filed by 9/6/2007. Status hearing set for 9/20/2007 at 9:30a.m. No court appearance is required on 8/14/2007.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.