2120 - Served      2121 - Served
2220 - Not Served    2221 - Not Served
2320 - Served By Mail   2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
SUMMONS         ALIAS - SUMMONS        CCG N001-75M-2/28/05 (43480658

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

07-8529 1

REGINALD PAYTON / PAYTON STUDIOS

v.

CHICAGO POLICE DEPARTMENT
SERGEANT JOZEFOWICZ #1466
OFFICER BELL #13943
OFFICER CENTENO #152527

07-852793
07-852
07-852 SUMMONS
07-85294

2006L013662
CALENDAR/ROOM
TIME 00:00
Other Com Litiga...

No. _____

937 N. WOODS ST.
CHICAGO, IL. 60622

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date DEC 29 2006

Atty. No.: _____
Name: REGINALD PAYTON
Atty. for: _____
Address: P.O. BOX 10113
City/State/Zip: CHICAGO, IL. 60610
Telephone: 312-661-0049
Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____, _____

DOROTHY BROWN

Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code) (Facsimile Telephon...

DEFENDANT'S EXHIBIT A

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, I...**

**PAYTON STUDIOS Inc.**
P.O. Box 10113
Chicago, IL 60610
312-661-0049
rpayton@paytonstudios.com

December 29, 2006

On Sunday-January 2, 2005 Officers Centeno-Badge #15252, Officer Bell–Badge #13943 and Sergeant Jozefowicz-Badge #1666 of the Chicago Police Department illegally entered my premises located at 2709 W. Fulton Street. They officers forcible removed me from my commercial business without cause. Michael Federow the co-owner of MMM Fulton Trust who are the owners of the property assisted the police in the eviction. Margaret Mahon conspired with Michael Federow in the eviction.

I have owned and operated my commercial photography and video production studios for over twenty-five years in Chicago, since 1881. My business had been housed at 2709 W. Fulton Street, Chicago, IL 60612 since October, 1999.

The legal process to get back into my business took over three weeks. I was illegally evicted on January 2, 2005 and returned with a court order from Judge Lynch on January 24, 2005. Upon arriving at my business with a police escort I found almost all of my photography, video equipment and major appliances had been stolen. The unit was three levels. Mr. Michael Federow stated he and the owner Margaret Mahon had decided to move my equipment and business materials from the second and third floors and then placed them on the first level.

After an inventory I found there was over $150,000 in theft and damages. I have also loss over 800 original images that had been shot over my twenty-five year career. Each image has a current market value of $1,500 each.

Due to the illegal eviction by members of the Chicago Police Department and MMM Fulton Trust I have endured major financial, business and psychological hardships. After twenty-four years of owner operating a commercial photo/video business. I have been without a facility or equipment to run a facility for the past two years. I ask the court to hold the members of the Chicago Police Department and owners of MMM Fulton Trust liable in the recovery of damages.

Reginald T. Payton
PAYTON STUDIOS Inc.