**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Reginald Payton and Payton Studios, Inc., | ) | |
| an Illinois corporation, | ) | |
|         Plaintiff, | ) | |
|         v. | ) | No.07 CV 3736 |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | |
| Corporation, et al., | ) | |
|         Defendants. | ) | |

**NOTICE OF MOTION**

TO:    Simon Love, Esq.
        10218 South Wood Street
        Chicago, IL 60643

        **PLEASE TAKE NOTICE** that I shall appear before the **Honorable Judge Lefkow,** or before such other Judge sitting in his stead, on the **20th day of September 2007, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, and then and there present the City of Chicago's **CITY OF CHICAGO'S and POLICE OFFICER BELL AND SERGEANT JOZEOWICA'S MOTION TO DISMISS.**

        **DATED** at Chicago, Illinois this **6th day of September, 2007.**

                                   Respectfully submitted,
                                   MARA S. GEORGES
                                   Corporation Counsel
                                   City of Chicago

30 N. LaSalle Street           By:
Suite 1040
Chicago, Illinois 60602                    John B. Viverito
(312) 744-0677                       Assistant Corporation Counsel
Atty. No. 6271501

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing

**NOTICE OF MOTION of the CITY OF CHICAGO and POLICE OFFICER BELL AND**

**SERGEANT JOZEOWICA's MOTION TO DISMISS**. to be mailed to the person named in

the foregoing Notice at the address therein shown, on this **6th day of September, 2007.**

John B. Viverito
Assistant Corporation Counsel