

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

*J.N* **FILED**
SEP 1 8 2007
9—18—07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**REGINALD PAYTON AND PAYTON
STUDIOS, INC., an Illinois corporation,**

Plaintiffs,

-vs-

No. 07 CV 3736
07 CV 3736
JUDGE LEFKOW

**CITY OF CHICAGO, et al.,**
Defendants.

## AGREED MOTION FOR EXTENSION OF TIME TO REPLY TO CITY'S MOTION TO DISMISS.

1. Plaintiff Reginald Payton filed *pro se* in state court his Original Complaint on or about December 26, 2006 and Summons issued. Plaintiffs, through counsel, filed their First Amended Complaint on or about June 11, 2007.

2. The Defendant City of Chicago filed its Notice of Removal to the U. S District Court for the Northern District of Illinois on July 3, 2007.

3. On or about August 3, 2007 the Defendant City filed an Agreed Motion for Extension of Time to Answer or Otherwise Plead which motion was granted on August 14, 2007.

4. On or about September 6, 2007, the City filed its Motion to Dismiss in lieu of Answer to be presented on September 20, 2007.

5. Plaintiffs' attorney has been attending related matters for Plaintiffs and other clients and needs additional time to prepare an appropriate response to the City's Motion to Dismiss.

6. This motion is the Plaintiffs' first request for an extension of time to respond. This request is not made to delay the proceedings, but rather to allow the plaintiffs to respond properly to the matters raised in defendant's Motion to Dismiss.

7. On September 17, 2007, plaintiffs' counsel telephoned defendant City's counsel, who had no objections to this motion.

Wherefore, the Plaintiffs request that they be given additional time as fixed by this Court to reply to City's Motion to Dismiss.

Respectfully submitted,

Simon Love, Attorney for Plaintiffs

Simon Love
10218 South Wood Street
Chicago, IL 60643
(312) 882.0881
Atty. Code 22114