### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

J.N SEP 1 8 2007

9-18-07

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

**REGINALD PAYTON AND PAYTON
STUDIOS, INC., an Illinois corporation,**

Plaintiffs,

-vs-

No. 07 CV 3736

JUDGE LEFKOW

**CITY OF CHICAGO, et al.,**
Defendants.

### NOTICE OF MOTION

To:     John B. Viverito, Esq.
Assistant Corporation Counsel
30 North LaSalle Street-Suite 1040
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I filed this day with Clerk of the above Court the

**PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME TO REPLY TO**

**CITY'S MOTION TO DISMISS,** a copy of which is attached and herewith served upon you.

**DATED** at Chicago, Illinois this **17th day of September 2007.**

Respectfully submitted,

Simon Love, Attorney for Plaintiffs

Simon Love
10218 South Wood Street
Chicago, IL 60643
(312) 882.0881
Atty. Code 22114

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME TO REPLY TO CITY'S MOTION TO DISMISS** to be personally delivered to the persons named and at the address above in the foregoing Notice of Motion on or before 4:30 p.m. this 17th day of September 2007.

_____

Simon Love