**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Reginald Payton, et al.

                              Plaintiff,

v.                                                  Case No.: 1:07–cv–03736
                                                    Honorable Joan H. Lefkow

City Of Chicago, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 20, 2007:

        MINUTE entry before Judge Joan H. Lefkow :Status hearing stricken. Plaintiff's agreed motion for extension of time [12] to reply to motion to dismiss is granted. Response to motion to dismiss [10] due by 10/18/2007; reply due by 11/1/2007; ruling will issue by mail..Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.