**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Reginald Payton and Payton Studios, Inc., | ) | |
| an Illinois corporation, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.07 CV 3736 |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | |
| Corporation, et al., | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO ALLOW ATTORNEY JOHN VIVERITO
TO WITHDRAW AS ATTORNEY FOR THE CITY OF CHICAGO
AND OFFICER CHARLIE BELL AND SGT. JOZEFOWICA AND FOR LEAVE FOR
ERNEST MINCY, ASSISTANT CORPORATION COUNSEL TO FILE AN
APPEARANCE**

Defendant City of Chicago ("the City"), by its attorney, John Viverito, Assistant

Corporation Counsel, and Defendants City of Chicago, Officer Bell and Sgt. Jozefowica by one

of their attorneys, John Viverito, Assistant Corporation Counsel, respectfully move for an order

allowing attorney John Viverito to withdraw from this case as the attorney for the City of

Chicago, Officer Bell and Sgt. Jozefowica and for leave to have the Ernest Mincy, Senior

Corporation Counsel, file an appearances on behalf of the City of Chicago, Officer Bell and Sgt.

Jozefowica.  In support of this motion, defendants state:

1.. On January 22, 2008, Assistant Corporation Counsel John Viverito, one of the

attorneys who currently represents the City of Chicago, Officer Bell and Sgt. Jozefowica is

leaving the employment of the City of Chicago, and will no longer be handling this case on

behalf of Defendants.  Assistant Corporation Counsel Ernest Mincy, seeks leave to file an

appearance on behalf of the City of Chicago, Officer Bell and Sgt. Jozefowica .

Wherefore, the defendants move for a Court order allowing attorney John Viverito to

withdraw from this case as the attorney for the City of Chicago, Officer Bell and Sgt. Jozefowica

and for leave to have the Ernest Mincy, Assistant Corporation Counsel for the City of Chicago,

file appearance on behalf of the City of Chicago, Officer Bell and Sgt. Jozefowica .

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By: _____
JOHN B. VIVERITO
Assistant Corporation Counsel
Attorney for City of Chicago
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602