## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Reginald Payton and Payton Studios, Inc., an Illinois corporation,          Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO, a municipal Corporation, et al.,          Defendants. | )<br>)<br>)<br>)    No.07 CV 3736<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

TO:    Simon Love, Esq.
          10218 South Wood Street
          Chicago, IL 60643

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **DEFENDANTS' JOINT MOTION TO ALLOW ATTORNEY JOHN VIVERITO TO WITHDRAW AS ATTORNEY FOR THE CITY OF CHICAGO AND FOR LEAVE TO HAVE THE ERNEST MINCY FILE AN APPEARANCE ON BEHALF OF THE CITY OF CHICAGO, OFFICER BELL AND SGT JOZEFOWICA** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow or before such other Judge sitting in her stead, February 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED:** January 25, 2008

                                          s/J. Ernest Mincy
                                          J. Ernest Mincy
                                          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1040
Chicago, Illinois 60602
(312) 744-0742

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' JOINT MOTION TO ALLOW ATTORNEY JOHN VIVERITO TO WITHDRAW AS ATTORNEY FOR THE CITY OF CHICAGO AND FOR LEAVE TO HAVE THE ERNEST MINCY FILE AN APPEARANCE ON BEHALF OF THE CITY OF CHICAGO, OFFICER BELL AND SGT JOZEFOWICA** to be delivered electronically to the person named in the foregoing Notice at the address therein shown, on this January 25, 2008.

S/ J. Ernest Mincy

J. Ernest Mincy
Assistant Corporation Counsel