Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3736 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Payton vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to allow attorney John Viverito to withdraw and for Ernest Mincy to file an appearance [17] is granted. John Viverito is withdrawn as attorney for defendants City of Chicago, Officer Charlie Bell, and Sgt. Jozefowica, and Ernest Mincy is given leave to file his appearance on behalf of defendants City of Chicago, Officer Charlie Bell, and Sgt. Jozefowica.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|

07C3736 Payton vs. City of Chicago, et al.

Page 1 of 1