Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3736 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Payton vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. The court grants the motion [10] of Defendants City of Chicago, Philip J. Cline, Sgt. Jozefowicz and Officer Bell to dismiss the state law claims, namely Counts IV (wrongful eviction), V (conversion), VII (trespass), and VIII (intentional inflection of emotional distress) with prejudice.  It also grants their motion [10] to dismiss all claims against the City of Chicago and the Chicago Police Superintendent without prejudice.  It denies the motion [10] to dismiss Counts I (unlawful search), II (unlawful seizure), III (excessive force) and VI (conspiracy).  Defendants are directed to answer the complaint by May 23, 2008.  Scheduling conference is set for June 10, 2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|

07C3736 Payton vs. City of Chicago, et al.