## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 07 C 3736 |

**Reginald Payton & Payton Studios, Inc. v. City of Chicago, a Municipal Corporation, and Chicago Police Officer Sergeant Jozefowicz, #1666, Chicago Police Officer Centeno and Chicago Police Officer Bell, #13943**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Sgt. Jozefowicz and Officer Bell

| | |
|---|---|
| NAME (Type or print)<br>J. Ernest Mincy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ J. Ernest Mincy | |
| FIRM<br>Office of the Corporation Counsel, City of Chicago | |
| STREET ADDRESS<br>30 N. LaSalle, Suite 800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6231142 | TELEPHONE NUMBER<br>312-742-0094 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES X　NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐