## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Reginald Payton and Payton Studios, Inc., )
an Illinois corporation, )
   Plaintiff, )
    v. )  No.07 CV 3736
     )
Chicago Police Officer Sergeant Jozefowicz,)  Judge Joan H. Lefkow
#1666, Chicago Police Officer Centeno, )
#15252, Chicago Police Officer Bell, )
#13943 et al. )
   Defendants. )

### DEFENDANT OFFICERS' MOTION

Defendant Officer Bell and Sgt. Jozefowicz by one of their attorneys, J. Ernest Mincy,

Assistant Corporation Counsel, respectfully requests that this Honorable Court allow additional

time for them to answer or otherwise plead. In support of this motion, defendants state:

1. The Court granted in part, and denied in part, the Defendants' Motion to Dismiss

on about May 5, 2008. The Court ordered the remaining defendants to answer by May 23, 2008.

2. The defendants require additional time to answer. Counsel for the defendants

moved to Colorado earlier this year and substitute counsel requires time to meet with his clients

and order records.

3. The defendants do not wish to delay these proceedings, but simply require

additional time to prepare their response to the Complaint.

Wherefore, the defendants move for a Court order allowing then until June 13, 2008 to

answer the First Amended Complaint.

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By: _____
J. ERNEST MINCY
Assistant Corporation Counsel
Attorney for Defendants Jozefowicz & Bell
30 North LaSalle Street, Suite 800
Chicago, Illinois 60602

Dated: May 22, 2008