## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Reginald Payton and Payton Studios, Inc., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | No.07 CV 3736 |
| | ) | |
| CITY OF CHICAGO, a municipal Corporation, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     Simon Love, Esq.,10218 South Wood Street, Chicago, IL 60643

   **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **DEFENDANTS' MOTION FOR EXTENSION OF TIME** a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow or before such other Judge sitting in her stead, June 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

   **DATED:** May 22, 2008

 s/J. Ernest Mincy
J. Ernest Mincy
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1040
Chicago, Illinois 60602
(312) 744-0742

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' MOTION FOR EXTENSION OF TIME** to be delivered electronically and by U.S. Mail to the person named in the foregoing Notice at the address therein shown, on this May 22, 2008.

                                            S/ J. Ernest Mincy
                                            J. Ernest Mincy
                                            Assistant Corporation Counsel