IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD PAYTON AND PAYTON STUDIOS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.     07 C 3736 |
| CITY OF CHICAGO; PHILIP J. CLINE, Chicago Police Superintendent, individually and in his official capacity; JOHN DOE, yet unknown employee of the Chicago Police Department, Chicago Police Officers Sergeant JOZEFOWICZ, No. 1666, Officer CENTENO No. 15252, and Officer BELL, No. 13943; MICHAEL FEDEROW; MARGARET MAHON; and MMM FULTON TRUST, | ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

TO:    Simon Love, Esq.
        10218 South Wood Street
        Chicago, Illinois 60643

Please take notice that a copy of the attached **DEFENDANTS JOZEFOWICZ AND BELL'S ANSWER TO THE FIRST AMENDED COMPLAINT AT LAW** was filed with the Clerk of the United States District Court for the Northern District of Illinois on June 16, 2008.

I certify, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that I served the above notice and the attached document stated above by mailing a copy to each party to whom it is directed by causing a copy to be mailed postage prepaid from 30 North LaSalle, Chicago, Illinois, on June 16, 2008, 2008.

s/ J. Ernest Mincy
J. Ernest Mincy

MARA S. GEORGES, Corporation Counsel
JOHN H. EHRLICH, Deputy Corporation Counsel
ERNEST MINCY, Assistant Corporation Counsel
30 North LaSalle Street, Suite 800
Chicago, Illinis60602
(312) 744-0687
Attorney No. 90909