# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 cv 3736 |
|---|---|

REGINALD PAYTON, individually; and
PAYTON STUDIOS, INC., an Illinois
corporation,

v.

CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAEL FEDEROW, MARGARET MAHON, and MMM FULTON TRUST

| NAME (Type or print) |
|---|
| John D. Landry |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John D. Landry |

| FIRM |
|---|
| LANDRY & ASSOCIATES |

| STREET ADDRESS |
|---|
| 120 E. Ogden Avenue - Suite 212 |

| CITY/STATE/ZIP |
|---|
| Hinsdale, Illinois 60521 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1569163 | (630) 321-3600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐