

# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Reginald Payton and Payton Studios, Inc.,
an Illinois corporation,
            Plaintiff,

Case Number:  07 CV 3736

Assigned Judge:  Joan Humphrey Lefkow

v.

CITY OF CHICAGO, a municipal
corporation, *et al.*,
            Defendants.


To:  Michael Federow
     2701 W. Fulton
     Chicago, IL 60612 (weekdays)
     3611 McCormick
     Brookfield, IL 60513 (weekends)


     **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, SIMON LOVE, whose address is 10218 South Wood Street, Chicago, IL 60643,
an answer to the complaint which is herewith served upon you within 20 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of Court within a reasonable period of time after service.


MICHAEL W. DOBBINS, CLERK

(By) Deputy Clerk

JUN 2 3 2008

Date: _____, 2008.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | **DATE** 6/24/08 |

**NAME OF SERVER** *(PRINT)* MARTIN McWilliams    **TITLE** Process Server / Investigator

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: MICHAEL FEDEROW

3611 McCormick Brookfield Illinois 60513

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

**FILED**

JUL 1 6 2008   NR

Jul 16, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

G   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-24-08    *Date*    *Signature of Server*

METRO SERVICE
4647 W 103rd ST Suite 1E
OAK LAWN ILLINOIS 60453

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.