

# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Reginald Payton and Payton Studios, Inc.,
an Illinois corporation,
            Plaintiff,

Case Number:  07 CV 3736

Assigned Judge:  Joan Humphrey Lefkow

v.

CITY OF CHICAGO, a municipal
corporation, *et al.*,
            Defendants.

To:  MMM Fulton Trust, c/o
     Margaret Mahon, Trustee
     3611 McCormick
     Brookfield, IL 60513

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, SIMON LOVE, whose address is 10218 South Wood Street, Chicago, IL 60643,
an answer to the complaint which is herewith served upon you within 20 days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Date:  JUN 2 3 2008 , 2008.

(By) Deputy Clerk

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | Date | 6/24/08 |
| NAME OF SERVER (PRINT) Martin McWilliams | TITLE Investigator | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: MMM FUEL TRUST—
MARGARET MAHON C/O MICHAEL FEDEROW 9611 MC CORMICK BROOKFIELD ILL 60513

☐ Return unexecuted: _____

☐ Other specify: _____

FILED
JUL 16.2008
JUL 1 0 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  6/24/08
_____
Date

_Martin F McWill_____
Signature of Server

c/o Metro Service Inc. 4647 W 103rd St
_____
Address of Server          Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.