

# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Reginald Payton and Payton Studios, Inc.,
an Illinois corporation,
        Plaintiff,

v.

CITY OF CHICAGO, a municipal
corporation, *et al.*,
        Defendants.

Case Number:  07 CV 3736

Assigned Judge:  Joan Humphrey Lefkow


To:  Margaret Mahon
    3611 McCormick
    Brookfield, IL 60513


    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, SIMON LOVE, whose address is 10218 South Wood Street, Chicago, IL 60643, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Date:  JUN 2 3 2008 , 2008.

(BY) Deputy Clerk

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | Date 6/24/08 |
|---|---|
| NAME OF SERVER (PRINT) Martin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: MARGARET MAHON c/o MICHAEL FEDROW 3611 McCORMAK BROOKFIELD, ILLINOIS 60513

☐ Return unexecuted: _____

☐ Other specify: _____

FILED
JUL 1 6 2008 NF
JUL 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 6/24/08 _____
Date         Signature of Server

c/o Metro Service Inc. 4647 W 103rd St
Address of Server        Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.