Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3736 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Payton vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 9/15/2008. Non-expert discovery will close on 12/1/2008. Cut-off date for designation of plaintiff's trial expert(s) is 12/15/2008; for defendant's trial expert(s) is 1/30/2009. Status hearing set for 9/18/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

FILED
2008 JUL 17 PM 4: 20
CLERK
U.S. DISTRICT COURT

| | | Courtroom Deputy Initials: | MD |
|---|---|---|---|