

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

REGINALD PAYTON AND PAYTON )
STUDIOS, INC., an Illinois corporation, )
                                        )
            Plaintiffs,                 )
                                        )
v.                                      )      No: 07 C 3736
                                        )
THE CITY OF CHICAGO; PHILIP J. CLINE,   )      Judge Joan H. Lefkow
Chicago Police Superintendent, individually and in )
his official capacity; JOHN DOE, yet unknown )
employee of the Chicago Police Department, )
Chicago Police Officers Sergeant JOSEFOWICZ, )
No. 1666, Officer CENTENO, No. 15252, and )
Officer BELL, No. 13943; MICHAEL FEDEROW; )
MARGARET MAHON; and MMM FULTON )
TRUST,                                  )
                                        )
            Defendants.                 )

## ~~PROPOSED~~ SCHEDULING ORDER

The parties, having held a scheduling conference attended by attorney Simon Love for the

plaintiff(s) and attorney J. Ernest Mincy for the City defendants, and John Landry for Michael

Federow, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A)    The parties believe that an early settlement conference will not likely result in the disposition of the case.

(B)    The parties shall have until August 20, 2008 to make Rule 26(a)(1) disclosures.

(C)    The following amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by September 15, 2008. Amendments thereafter may be made only on motion for good cause shown.

(D)    Non-expert discovery will close on December 1, 2008.

(E)    The cut-off date for designation of plaintiff's trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) is December 15, 2008, for defendant's trial expert(s), January 30, 2009. Depositions of the experts shall be taken within 30 days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F)    Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the court, approximately two weeks before the close of discovery. At this time, the parties will report on any outstanding discovery issues, as well on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Also at this status hearing, the court will set a schedule for disposition of the case, including trial dates.

**Consent to Proceed Before a Magistrate Judge**

The parties ☐ consent ☐x do not consent to have their case proceed before a magistrate judge.

ENTER:

Date: July 17, 2008

JOAN HUMPHREY LEFKOW
U.S. District Judge

Payton.OrderFM.wpd