IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

REGINALD PAYTON and PAYTON )
STUDIOS, INC., an Illinois corporation, )
                                 )
              Plaintiffs )
                                 )
           v. )        No. 07 cv 3736
                                 )
THE CITY OF CHICAGO; PHILIP J. CLINE, )
Chicago Police Superintendent, individually and )    Judge Joan H. Lefkow
in his official capacity; JOHN DOE, yet unknown )
employee of the Chicago Police Department, )
Chicago Police Officers Sargeant JOSEFOWICZ, )
No. 1666, Officer CENTENO, No. 15252, and )
Officer Bell, No. 13943; MICHAEL FEDEROW; )
MARGARENT MAHON; and MMM FULTON )
TRUST, )
                                 )
             Defendants. )

## NOTICE OF MOTION

TO:    Simon Love, Esq., 10218 S. Wood Street, Chicago, Illinois  60643

        J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago
        30 N. LaSalle Street - Suite 1040, Chicago, Illinois 60602

        **PLEASE TAKE NOTICE** that on the 2nd day of September, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in the Courtroom usually occupied by her, Courtroom 1925, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **MOTION TO DISMISS**, a copy of which motion is hereby served upon you, at which time you may appear and respond, if you so desire.

                                             /s/ John D. Landry
                                             John D. Landry
                                             Attorney for Defendants
                                               Michael Federow
                                               Margaret Mahon
                                               MMM Fulton Trust

## PROOF OF SERVICE:

I, the undersigned attorney, certify that a copy of Defendants' Motion To Dismiss was served on the parties listed below via electronic notice on August 7, 2008:

J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago, 30 N. LaSalle Street, Suite 1040, Chicago, Illinois 60602.

I, the undersigned attorney, certify that a copy of Defendants' Motion To Dismiss was served on the parties listed below by U.S. Mail, on August 7, 2008, by depositing a true and correct copy of same in the U.S. Mail Box, located at 120 E. Ogden Avenue, Hinsdale, Illinois 60521, before the hour of 5:00 p .m., with proper postage prepaid:

Simon Love, Esq., 10218 S. Wood Street, Chicago, Illinois 60643

/s/ John D. Landry
Attorney for Defendants
  Michael Federow
  Margaret Mahon
  MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163

2