## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Reginald Payton, et al.

      Plaintiff,

v.

City Of Chicago, et al.

      Defendant.

Case No.: 1:07–cv–03736

Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

   MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 9/2/2008 regarding defendants' motion to dismiss [39]. Response to defendants' motion to dismiss [39] demonstrating good cause for failure to serve is due by 9/16/2008; reply due by 9/23/2008; hearing and ruling is set for 10/2/2008 at 10:00 AM. Status hearing of 9/18/2008 is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.