IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD PAYTON and PAYTON STUDIOS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | No. 07 cv 3736 |
| THE CITY OF CHICAGO; PHILIP J. CLINE, Chicago Police Superintendent, individually and in his official capacity; JOHN DOE, yet unknown employee of the Chicago Police Department, Chicago Police Officers Sargeant JOSEFOWICZ, No. 1666, Officer CENTENO, No. 15252, and Officer Bell, No. 13943; MICHAEL FEDEROW; MARGARET MAHON; and MMM FULTON TRUST, | ) ) ) ) ) ) ) ) ) ) ) | Judge Joan H. Lefkow |
| Defendants. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the 23rd day of September, 2008, the undersigned attorney caused to be filed with the Clerk, United States District Court, by electronic filing, the enclosed **Reply to Plaintiffs' Response To Defendants' Motion To Dismiss**, a copy of which is hereby served upon you.

/s/ John D. Landry
John D. Landry
Attorney for Defendants
Michael Federow
Margaret Mahon
MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163

**PROOF OF SERVICE:**

I, the undersigned attorney, certify that a copy of Defendants' Reply to Plaintiffs' Response To Defendants' Motion To Dismiss was served on the parties listed below via electronic notice on September 23, 2008:

J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago, 30 N. LaSalle Street, Suite 1040, Chicago, Illinois 60602.

I, the undersigned attorney, certify that a copy of Defendants' Motion To Dismiss was served on the parties listed below by U.S. Mail, on August 7, 2008, by depositing a true and correct copy of same in the U.S. Mail Box, located at 120 E. Ogden Avenue, Hinsdale, Illinois 60521, before the hour of 5:00 p .m., with proper postage prepaid:

Simon Love, Esq., 10218 S. Wood Street, Chicago, Illinois 60643

/s/ John D. Landry
Attorney for Defendants
  Michael Federow
  Margaret Mahon
  MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163