**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Reginald Payton and Payton Studios, Inc., | ) | |
| an Illinois corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.07 CV 3736 |
| | ) | |
| Chicago Police Officer Sergeant Jozefowicz,) | | Judge Joan H. Lefkow |
| #1666, Chicago Police Officer Centeno, | ) | |
| #15252, Chicago Police Officer Bell, | ) | |
| #13943 et al. | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO COMPEL

Defendant Officer Bell and Sgt. Jozefowicz by one of their attorneys, J. Ernest Mincy,

Assistant Corporation Counsel, and the City of Chicago, through MARA S. GEORGES,

Corporation Counsel, respectfully requests that this Honorable Court issue an order compelling

plaintiff to (1) answer interrogatories and (2) provide relevant documents and provide a Rule

26(a)(1) Disclosure by December 15, 2008. In support of this motion, defendants state:

1.  The defendants propounded "the City of Chicago's First Set of Interrogatories to

Plaintiff" on September 2, 2008. That document included a request for certain specified records.

2.  The undersigned counsel for defendants sent a correspondence to counsel for the

plaintiff on November 10, 2008 requesting answers to discovery. Counsel for the plaintiff left a

phone message on about November 15, 2008 indicating he would soon meet with his client to

answer the defendants' discovery. As of the date of this motion, defendants have not received an

answer to their discovery requests.

3.  The plaintiff never submitted a Rule 26(a)(1) Disclosure in this matter.

Wherefore, the defendants move for a Court order compelling plaintiff to answer

discovery by December 15, 2008.

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By: _____
J. ERNEST MINCY
Assistant Corporation Counsel
Attorney for Defendants Jozefowicz & Bell
30 North LaSalle Street, Suite 800
Chicago, Illinois 60602

Dated: December 1, 2008