**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Reginald Payton and Payton Studios, Inc., ) an Illinois corporation, )       Plaintiff, ) v. ) ) CITY OF CHICAGO, a municipal ) Corporation, et al., )       Defendants. ) | No.07 CV 3736 |

## NOTICE OF MOTION

TO:    Simon Love, Esq.,10218 South Wood Street, Chicago, IL 60643
        Landry & Associates, 120 East Ogden Avenue, Hinsdale IL 60521

    **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **DEFENDANTS' MOTION TO COMPEL** a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow or before such other Judge sitting in her stead, December 11, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **DATED:** December 1, 2008

 s/J. Ernest Mincy    
J. Ernest Mincy
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1040
Chicago, Illinois 60602
(312) 744-0742

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' MOTION TO COMPEL** to be delivered electronically to the person named in the foregoing Notice at the address therein shown, on this December 1, 2008.

                              S/ J. Ernest Mincy
                              J. Ernest Mincy
                              Assistant Corporation Counsel