## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Reginald Payton, et al.

                    Plaintiff,

v.                                                          Case No.: 1:07−cv−03736
                                                            Honorable Joan H. Lefkow

John Doe, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2008:

        MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 12/11/2008 regarding defendants' motion to compel [48]. Defendants' motion to compel [48] is granted. Plaintiff shall answer defendants' outstanding discovery requests by 12/18/2008. If plaintiff fails to comply, the Court will entertain a motion to dismiss. Status hearing set for 1/8/2009 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.