### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**REGINALD PAYTON**

      Plaintiffs.

      -vs-                              No. 07 CV 3736
                                          Judge Lefkow
                                          JURY DEMAND

**JOHN DOE, yet unknown employee of the**
**Chicago Police Department Chicago Police Officers**
**Sergeant JOZEFOWICZ No. 1666, aka Sgt. JOZEFOWICA;**
**Officer CENTENO No. 15252, and**
**Officer BELL No. 13943; MICHAEL FEDEROW;**
**MARGARET MAHON, aka MARGARET McMAHON; and**
**MMM FULTON TRUST,**

      Defendants.

### NOTICE OF FILING

**TO:**  J. Earnest Mincy             John Landry
        30 N. LaSalle Street, Ste. 900     120 E. Ogden Avenue, Ste. 212
        Chicago, IL 60602               Hinsdale, IL 60521

      **PLEASE TAKE NOTICE** that on the 18th day of December 2008, the undersigned attorney caused to be filed with the Clerk, United States District Court, by electronic filing, the **CERTIFICATE OF SERVICE** for the service of the **ANSWER TO CITY OF CHICAGO'S FIRST SET OF INTERROGATORIES TO PLAINTIFF,** a copy of which is hereby served upon you.

                                  /s/ Simon Love
                                  Simon Love

Simon Love
Law Office of Simon Love
10218 South Wood Street
Chicago, IL 60643
slove2000@ameritech.net
Atty. No.: 22114

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**REGINALD PAYTON**

      Plaintiffs.

      -vs-                          No. 07 CV 3736
                                        Judge Lefkow
                                        JURY DEMAND

**JOHN DOE, yet unknown employee of the**
** Chicago Police Department Chicago Police Officers**
**Sergeant JOZEFOWICZ No. 1666, aka Sgt. JOZEFOWICA;**
**Officer CENTENO No. 15252, and**
**Officer BELL No. 13943; MICHAEL FEDEROW;**
**MARGARET MAHON, aka MARGARET McMAHON; and**
**MMM FULTON TRUST,**

      Defendants.

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I have caused a true and correct copy of the above and foregoing **ANSWER TO CITY OF CHICAGO'S FIRST SET OF INTERROGATORIES TO PLAINTIFF,** TO BE DELIVERED BY U.S. Mail, First Class, Postage Pre-Paid, to the person(s) named below at the addresses therein shown, on this 18th day of December 2008:

J. Earnest Mincy               John Landry
30 N. LaSalle Street, Ste.900      120 E. Ogden Avenue, Ste. 212
Chicago, IL 60602             Hinsdale, IL 60521

                                       <u>/s/ Simon Love</u>
                                        Simon Love

Simon Love
Law Office of Simon Love
10218 South Wood Street
Chicago, IL 60643
slove2000@ameritech.net
Atty. No.: 22114

2

## PROOF OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing **Notice of Filing** was served on the parties listed below via electronic notice on December 18, 2008:

J. Earnest Mincy
30 N. LaSalle Street, Ste. 900
Chicago, IL 60602

John Landry
120 E. Ogden Avenue, Ste. 212
Hinsdale, IL 60521

/s/ Simon Love
Simon Love

Simon Love
Law Office of Simon Love
10218 South Wood Street
Chicago, IL 60643
slove2000@ameritech.net
Atty. No.: 22114

3