# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**REGINALD PAYTON**

    Plaintiffs.

    -vs-
                                     No. 07 CV 3736
                                          Judge Lefkow
                                          JURY DEMAND

**JOHN DOE, yet unknown employee of the**
**Chicago Police Department Chicago Police Officers**
**Sergeant JOZEFOWICZ No. 1666, aka Sgt. JOZEFOWICA;**
**Officer CENTENO No. 15252, and**
**Officer BELL No. 13943; MICHAEL FEDEROW;**
**MARGARET MAHON, aka MARGARET McMAHON; and**
**MMM FULTON TRUST,**

    Defendants.

### NOTICE OF FILING

**TO:**   J. Ernest Mincy            John Landry
       30 N. LaSalle Street, Ste. 900     120 E. Ogden Avenue, Ste. 212
       Chicago, IL 60602             Hinsdale, IL 60521

    **PLEASE TAKE NOTICE** that on the 18th day of December 2008, the undersigned attorney caused to be filed with the Clerk, United States District Court, by electronic filing, the **CERTIFICATE OF SERVICE** for the service of the **PLAINTIFF REGINALD PAYTON'S DISCLOSURE PURSUANT TO FRCP 26(a)(1)**, a copy of which is hereby served upon you.


                                  /s/ Simon Love
                                  Simon Love

Simon Love
Law Office of Simon Love
10218 South Wood Street
Chicago, IL 60643
slove2000@ameritech.net
Atty. No.: 22114

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**REGINALD PAYTON**

  Plaintiffs.

  -vs-           No. 07 CV 3736
                 Judge Lefkow
                 JURY DEMAND

**JOHN DOE, yet unknown employee of the
Chicago Police Department Chicago Police Officers
Sergeant JOZEFOWICZ No. 1666, aka Sgt. JOZEFOWICA;
Officer CENTENO No. 15252, and
Officer BELL No. 13943; MICHAEL FEDEROW;
MARGARET MAHON, aka MARGARET McMAHON; and
MMM FULTON TRUST,**

  Defendants.

## CERTIFICATE OF SERVICE

  I hereby certify that I have caused a true and correct copy of the above and foregoing **PLAINTIFF REGINALD PAYTON'S DISCLOSURE PURSUANT TO FRCP 26(a)(1),** TO BE DELIVERED BY U.S. Mail, First Class, Postage Pre-Paid, to the person(s) named below at the addresses therein shown, on this 18th day of December 2008:

J. Ernest Mincy        John Landry
30 N. LaSalle Street, Ste.900    120 E. Ogden Avenue, Ste. 212
Chicago, IL 60602       Hinsdale, IL 60521

          /s/ Simon Love
          Simon Love

Simon Love
Law Office of Simon Love
10218 South Wood Street
Chicago, IL 60643
slove2000@ameritech.net
Atty. No.: 22114

2

## PROOF OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing **Notice of Filing** was served on the parties listed below via electronic notice on December 18, 2008:

J. Ernest Mincy                          John Landry
30 N. LaSalle Street, Ste. 900           120 E. Ogden Avenue, Ste. 212
Chicago, IL 60602                        Hinsdale, IL 60521


/s/ Simon Love
Simon Love




Simon Love
Law Office of Simon Love
10218 South Wood Street
Chicago, IL 60643
slove2000@ameritech.net
Atty. No.: 22114


3