## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Reginald Payton, et al.

               Plaintiff,

v.

                                      Case No.: 1:07–cv–03736

                                      Honorable Joan H. Lefkow

John Doe, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 1/6/2009. Plaintiff's oral motion for extension of time is granted. All discovery ordered closed by 2/27/2009. Defendants' oral motion for leave to submit Rule 26(a) disclosures within 14 days is granted. Parties have indicated they wish to consent to have this case transferred to the designated magistrate judge in its entirety.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.