IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD PAYTON and PAYTON STUDIOS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | No. 07 cv 3736 |
| THE CITY OF CHICAGO; PHILIP J. CLINE, Chicago Police Superintendent, individually and in his official capacity; JOHN DOE, yet unknown employee of the Chicago Police Department, Chicago Police Officers Sargeant JOSEFOWICZ, No. 1666, Officer CENTENO, No. 15252, and Officer Bell, No. 13943; MICHAEL FEDEROW; MARGARENT MAHON; and MMM FULTON TRUST, | ) ) ) ) ) ) ) ) ) ) | Judge Joan H. Lefkow |
| Defendants. | ) | |

**DEFENDANTS' MICHAEL FEDEROW, MARGARET McMAHON AND MMM FULTON TRUST DISCLOSURE PURSUANT TO FRCP 26(a)(1)**

Defendants, Michael Federow, Margaret McMahon and MMM Fulton Trust, by their attorneys, Landry & Associates, hereby make the following disclosures, pursuant to Fed.R.Civ.P. 26(a)(1):

**I.      Documents**

Documents supporting the Defendants' defense may be found in the pleadings, orders and records of the Circuit Court of Cook County, Illinois, Municipal Department, First District, in particular, proceedings entitled, ***The City of Chicago, a Municipal Corporation, Plaintiff, v. Fulton Court Ltd., Defendant***, Cause No. 03 M1 404999, copies of which are presently in the possession of Plaintiff's counsel.

**II.     Persons Likely To Have Discoverable Information**

The following is a partial list of persons who are likely to have discoverable information regarding the allegations of Plaintiff's Complaint and Defendants' defense thereto:

1.      Michael Federow, 3611 McCormick, Brookfield, Illinois 60513
2.      The parties disclosed by the City's Fed.R.Civ.P. 26(a)(1) disclosures to Plaintiff.

3.      Mark E. Becker, Esq., 1105 W. Burlington Ave., Western Springs, IL. 60558 - represented Defendant, Fulton Court, Ltd., in Cause entitled, ***The City of Chicago, a Municipal Corporation, Plaintiff, v. Fulton Court, Ltd.***, Cause No. 03 M1 404999, previously pending in the Circuit Court of Cook County, Illinois, Municipal Department, First District.

Respectfully submitted,

/s/ John D. Landry
John D. Landry
Attorney for Defendants
   Michael Federow
   Margaret Mahon
   MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163

2

**PROOF OF SERVICE:**

I, the undersigned attorney, certify that a copy of Defendants' Motion To Dismiss was served on the parties listed below via electronic notice on January 20, 2009:

J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago, 30 N. LaSalle Street, Suite 1040, Chicago, Illinois 60602.

Simon Love, Esq., 10218 S. Wood Street, Chicago, Illinois 60643

/s/ John D. Landry
Attorney for Defendants
   Michael Federow
   Margaret Mahon
   MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163