IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD PAYTON and PAYTON STUDIOS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | No. 07 cv 3736 |
| THE CITY OF CHICAGO; PHILIP J. CLINE, Chicago Police Superintendent, individually and in his official capacity; JOHN DOE, yet unknown employee of the Chicago Police Department, Chicago Police Officers Sargeant JOSEFOWICZ, No. 1666, Officer CENTENO, No. 15252, and Officer Bell, No. 13943; MICHAEL FEDEROW; MARGARET MAHON; and MMM FULTON TRUST, | ) ) ) ) ) ) ) ) ) ) ) | Judge Joan H. Lefkow |
| Defendants. | ) | |

## NOTICE OF FILING

  **PLEASE TAKE NOTICE** that on the 20th day of January, 2009, the undersigned attorney caused to be filed with the Clerk, United States District Court, by electronic filing, the enclosed **Defendants' Michael Federow, Margaret McMahon and MMM Fulton Trust Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)**, a copy of which is hereby served upon you.


                                        /s/ John D. Landry
                                        John D. Landry
                                        Attorney for Defendants
                                            Michael Federow
                                            Margaret McMahon
                                            MMM Fulton Trust


John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163

**PROOF OF SERVICE:**

I, the undersigned attorney, certify that a copy of Defendants' Michael Federow, Margaret McMahon and MMM Fulton Trust Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) was served on the parties listed below via electronic notice on January 20, 2009:

J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago, 30 N. LaSalle Street, Suite 1040, Chicago, Illinois 60602.

Simon Love, Esq., 10218 S. Wood Street, Chicago, Illinois 60643

/s/ John D. Landry
Attorney for Defendants
  Michael Federow
  Margaret McMahon
  MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163

2