Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3736 | **DATE** | 2/3/2009 |
| **CASE TITLE** | Payton vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Joint oral motion to dismiss Officer Centeno as a defendant is granted. Defendant Officer Centeno is hereby dismissed with prejudice as a defendant in this case.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|

07C3736 Payton vs. City of Chicago, et al.