# United States District Court
# Northern District of Illinois

*Magistrate MHN Judge Denlow*

In the Matter of

Payton

v.                                              Case No. 07 C 3736

City of Chicago, et al.

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT TO MAGISTRATE JUDGE

The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Magistrate Judge **Morton Denlow** pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

_____
Judge Joan H. Lefkow

Dated: February 3, 2009

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Magistrate Judge **Morton Denlow** of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: **FEB - 4 2009**

Reassign/Designated Magistrate Judge (Rev. 9/99)

**Parties have consented to have the designated magistrate conduct:**

■ any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(b).

☐ specific proceedings pursuant to 28 USC § 636(c). Where such a reassignment is made, the case shall remain on the calendar of the district judge in accordance with General Rule 73.1(c).

**The content of the consent is specified in the following manner:**

■ on the attached form(s).

☐ in the pretrial order dated and on file with the Clerk of Court.