IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD PAYTON and PAYTON STUDIOS, INC., an Illinois corporation, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 07 cv 3736 |
| | ) | |
| THE CITY OF CHICAGO; PHILIP J. CLINE, | ) | |
| Chicago Police Superintendent, individually and | ) | Judge Joan H. Lefkow |
| in his official capacity; JOHN DOE, yet unknown | ) | |
| employee of the Chicago Police Department, | ) | Magistrate Judge Morton Denlow |
| Chicago Police Officers Sargeant JOSEFOWICZ, | ) | |
| No. 1666, Officer CENTENO, No. 15252, and | ) | |
| Officer Bell, No. 13943; MICHAEL FEDEROW; | ) | |
| MARGARENT MAHON; and MMM FULTON | ) | |
| TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CONTINUE INITIAL STATUS DATE

NOW COME the Defendants, **MICHAEL FEDEROW, MARGARET MAHON and MMM FULTON TRUST,** by and through their attorneys, **LANDRY & ASSOCIATES**, and, hereby move this Honorable Court to continue the Initial Status Date of March 10, 2009, and in support of such Motion states as follows:

1.  That on January 6, 2009, counsel for all parties to the instant litigation voluntarily consented to have all further proceedings heard by a magistrate judge, and on February 3, 2009, District Judge Joan H. Lefkow recommended that this matter be reassigned to Your Honor, Magistrate Judge Morton Denlow, and on February 4, 2009, Chief Judge James F. Holderman did so confirm and assign the matter.

2.      That thereafter, on February 5, 2009, this Court did set an initial Status Hearing for March 10, 2009 at 10:00 a.m.

3.      That counsel for these defendants has a conflict on this date, as he must be before the Honorable Judge Richard C. Schoenstedt, in the matter of *People of the State of Illinois v. Jeffrey Lopatka, et al.*, Cause No.08 CF 2540, a date set December 22, 2008, and which is ow set for final pre-trial disposition.

4.      That counsel for these defendants is the attorney of record in the Will County matter and has been advised that this is the final pre-trial before trial, making it is imperative that he be present.  This is a multiple defendant case with both private and public defender counsel.

5.      That a conflict in counsel's schedule has arisen and on such basis counsel respectfully requests that a new Status Hearing date be set so that counsel may attend each without problem

**WHEREFORE,** counsel for Defendants prays that the initial Status Hearing date set before your Honor be changed to a date mutually convenient to Court and counsel.

<div style="margin-left:50%">

Respectfully submitted,
**LANDRY & ASSOCIATES**


By    /s/ John D. Landry
         Attorney for Defendants
            Michael Federow
            Margaret Mahon
            MMM Fulton Trust

</div>

**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163

<div style="text-align:center">2</div>

## PROOF OF SERVICE:

I, the undersigned attorney, certify that a copy of Defendants' Motion To Dismiss was served on the parties listed below via electronic notice through the Clerk's CM/ECF system on February 9, 2009:

J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago, 30 N. LaSalle Street, Suite 1040, Chicago, Illinois 60602.

Simon Love, 1028 S. Wood Street, Chicago, Illinois 60643

/s/ John D. Landry
Attorney for Defendants
   Michael Federow
   Margaret Mahon
   MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163