IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD PAYTON and PAYTON STUDIOS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | No. 07 cv 3736 |
| THE CITY OF CHICAGO; PHILIP J. CLINE, Chicago Police Superintendent, individually and in his official capacity; JOHN DOE, yet unknown employee of the Chicago Police Department, Chicago Police Officers Sargeant JOSEFOWICZ, No. 1666, Officer CENTENO, No. 15252, and Officer Bell, No. 13943; MICHAEL FEDEROW; MARGARENT MAHON; and MMM FULTON TRUST, | ) ) ) ) ) ) ) ) ) ) ) | Judge Joan H. Lefkow  Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Simon Love, Esq., 10218 S. Wood Street, Chicago, Illinois  60643

         J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago
         30 N. LaSalle Street - Suite 1040, Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on the 2nd day of March, 2009, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, or any judge sitting in his stead, in the Courtroom usually occupied by him, Courtroom 1350, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **MOTION TO CONTINUE INITIAL STATUS DATE**, a copy of which motion was previously served upon you, at which time you may appear and respond, if you so desire.

/s/ John D. Landry
John D. Landry
Attorney for Defendants
    Michael Federow
    Margaret Mahon
    MMM Fulton Trust

## PROOF OF SERVICE:

I, the undersigned attorney, certify that a copy of Defendants' Motion To Continue Initial Status Date was served on the parties listed below via electronic notice on February 9, 20098:

J. Earnest Mincy, Assistant Corporation Counsel, City of Chicago, 30 N. LaSalle Street, Suite 1040, Chicago, Illinois 60602.

Simon Love, Esq., 10218 S. Wood Street, Chicago, Illinois 60643

/s/ John D. Landry
Attorney for Defendants
   Michael Federow
   Margaret Mahon
   MMM Fulton Trust

John D. Landry, Esq.
**LANDRY & ASSOCIATES**
Attorneys for Defendants
120 E. Ogden Avenue - Suite 212
Hinsdale, Illinois 60521
Telephone: (630) 321-3600
Illinois ARDC No. 1569163