## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Reginald Payton, et al.

                    Plaintiff,

v.                                                  Case No.: 1:07−cv−03736
                                                    Honorable Morton Denlow

John Doe, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2009:

        MINUTE entry before the Honorable Morton Denlow: Status hearing reset to
7/9/2009 at 10:00 AM. Status hearing set for 7/21/09 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.