### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**REGINALD PAYTON**

     Plaintiffs.

     -vs-

**JOHN DOE, yet unknown employee of the**
**Chicago Police Department Chicago Police Officers**
**Sergeant JOZEFOWICZ No. 1666, aka Sgt. JOZEFOWICA;**
**Officer BELL No. 13943; MICHAEL FEDEROW;**
**MARGARET MAHON, aka MARGARET McMAHON; and**
**MMM FULTON TRUST,**

     Defendants.

No. 07 CV 3736
Judge Morton Denlow
JURY DEMAND

### NOTICE OF MOTION

**TO:** J. Earnest Mincy            John Landry
30 N. LaSalle Street, Ste. 900     120 E. Ogden Avenue, Ste. 212
Chicago, IL 60602            Hinsdale, IL 60521

Reginald Payton
50 E. 26th Street, Ste. 411
Chicago, IL 60619

     **PLEASE TAKE NOTICE** that on the 20th day of July 2009, at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Morton Denlow, or any judge sitting in his stead, in the Courtroom usually occupied by him, Courtroom 1350, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **MOTION TO** WITHDRAW, a copy of which is hereby served upon you, at which time you may appear and respond, if you so desire.

                    /s/Simon Love
                    Simon Love
                    Law Office of Simon Love
                    10218 South Wood Street
                    Chicago, IL 60643
                    slove2000@ameritech.net
                    Atty. No.: 22114
                    312.882.0881

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION AND MOTION TO WITHDRAW** TO BE DELIVERED BY U.S. Mail, Certified Mail, Return Receipt Requested, Postage Pre-Paid, to: Reginald Payton, 50 E. 26th Street, Ste 411, Chicago, IL 60619 on July 7, 2009. Further, the undersigned attorney certifies that the person(s) named below were served via electronic notice on July 7, 2009:

J. Earnest Mincy                                    John Landry
30 N. LaSalle Street, Ste.900             120 E. Ogden Avenue, Ste. 212
Chicago, IL 60602                              Hinsdale, IL 60521


/s/Simon Love
Simon Love


Simon Love
Law Office of Simon Love
10218 South Wood Street
Chicago, IL 60643
slove2000@ameritech.net
Atty. No.: 22114
312.882.0881

2