**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**REGINALD PAYTON**

      Plaintiffs.

      -vs-                              No. 07 CV 3736
                                         Judge Morton Denlow
                                         JURY DEMAND

**JOHN DOE, yet unknown employee of the
Chicago Police Department Chicago Police Officers
Sergeant JOZEFOWICZ No. 1666, aka Sgt. JOZEFOWICA;
Officer BELL No. 13943; MICHAEL FEDEROW;
MARGARET MAHON, aka MARGARET McMAHON; and
MMM FULTON TRUST,**

      Defendants.

**<u>MOTION OF SIMON LOVE FOR LEAVE TO WITHDRAW AS ATTORNEY OF
RECORD FOR PLAINTIFF REGINALD PAYTON</u>**

      Simon Love respectfully requests this Honorable Court for leave to withdraw as attorney of record on behalf of Plaintiff, Reginald Payton pursuant to Local Rule LR 83.51.16. In support of this motion states as follows:

1. On December 26, 2006, Plaintiff Reginald Payton ("Payton") filed this action *pro se* in state court.

2. Payton requested that Simon Love ("Love") represent him in the above-referenced matter on June 6, 2007 in state court.

3. On June 6, 2007, Simon Love filed his appearance and First Amended Complaint on behalf of Payton.

4. This action was removed to federal court on or about July 27, 2007.

5. Payton has refused to communicate and cooperate with Love in this matter so that he can properly represent him.

6. Simon Love verily believes that Payton's conduct has made it unreasonably difficult for him to carry out the employment effectively pursuant to Local Rule LR83.51.16(b)(1)(D).

7. Payton has also failed to fulfill an agreement or obligation to Simon Love as to expenses and fees pursuant to Local Rule LR83.51.16(b)(1)(F).

8. A copy of this motion and notice thereof has been given by certified mail directed to the Payton at his last known address.

WHEREFORE, Simon Love respectfully requests this Honorable Court for leave to withdraw as Attorney of Record on behalf of Plaintiff Reginald Payton.

Respectfully submitted,

/s/ Simon Love

Simon Love

## **CERTIFICATION**

Under the penalties by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he believes the same to be true.

/s/ Simon Love

Simon Love

Simon Love
10218 South Wood Street
Chicago, IL 60643
(312) 882-0881
Attorney Code: 22114
slove2000@ameritech.net

2