Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3736 | **DATE** | 7/20/2009 |
| **CASE TITLE** | Payton, et al. Vs. Jozefowicz, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion of Simon Love for leave to withdraw as attorney of record for Plaintiff Reginald Payton and Payton Studios, Inc. [69] is granted. The Clerk of the Court is directed to add Reginald Payton, 50 E. 26th Street, Ste. 411, Chicago, IL 60619, as Pro Se Plaintiff. Magistrate status hearing is reset to 9/1/09 at 10:00 a.m. Status hearing set for 7/23/09 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|

07C3736 Payton, et al. Vs. Jozefowicz, et al.