

*MHW*

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**
J.N NOV 6 2009
NOV X 6 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Reginald Payton

FIRM:

STREET ADDRESS: 3613 Willcox Ave.

CITY/STATE/ZIP: Bellwood IL 60104

PHONE NUMBER: 312.953-1714

ARDC NO. (If Member of Illinois State Bar):

☐ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided:

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07CV3736 | Payton Vs John Doe 25th | Judge Denlow |
| | | |
| | | |
| | | |

Attorney's Signature

11-16-2009
Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**