FILED MHN

J:N

NOV X 6 2009

Nov 6, 2009

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Reginald Payron

(Please print)

STREET ADDRESS: 3613 Wilcox

CITY/STATE/ZIP: Bellwood, Il. 60104

PHONE NUMBER: 312. 953 - 1714

CASE NUMBER: 07 CV 3736

Signature

11-6-2009

Date