## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Reginald Payton, et al.

Plaintiff,

v.                                                            Case No.: 1:07−cv−03736
                                                              Honorable Morton Denlow

John Doe, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 4, 2010:

      MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 2/4/2010. Attorney Stanley Hill and Attorney Yelena Dolgosheeva are granted leave to file their appearance as counsel for Plaintiff. Plaintiff's oral motion to extend discovery is granted. Discovery ordered closed by 6/18/2010. Status hearing set for 7/1/2010 at 10:00 AM. Plaintiff to submit written itemization of damages and settlement demand by 6/1/2010. Defendant to submit written settlement offer by 6/22/2010. Copies of the demand and offer are to be sent to Judge Denlow.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.