# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **REGINALD PAYTON, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **No. 07 CV 3736** |
| ) | |
| **CITY OF CHICAGO, a municipal** ) | |
| **Corporation, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs Reginald Payton and Payton Studios, Inc. by their attorney Stanley L. Hill & Associates, P.C. respectfully moves this Court for an order dismissing the above-referenced lawsuit pursuant to Rule 41(a)(2).

/s/Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T. 312.917.8888