## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **REGINALD PAYTON, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 07 CV 3736** |
| | ) | |
| **CITY OF CHICAGO, a municipal** | ) | |
| **Corporation, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

J. Ernest Mincy III
Scott J. Jebson
John B. Viverito
City of Chicago-Law Department
30 N. LaSalle St.
Suite 1400
Chicago, IL 60602

John Dysart Landry
Landry & Associates
120 East Ogden Ave.
Suite 212
Hinsdale, IL 60521

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 2, 2010, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Morton Denlow,** or judge sitting in her stead in **Courtroom 1350** of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present a **Motion for Voluntary Dismissal,** a copy of which is attached hereto and hereby served upon you.

/s/Stanley L. Hill

2

## CERTIFICATE OF SERVICE

I, **Melissa Knazze,** an attorney, certify that I caused a copy of the foregoing **Notice of Motion** and **Motion for Voluntary Dismissal,** to be electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division via the CM/ECF e-filing system which sent electronic notification of the filing the same day to the above-captioned persons and by mailing a true and correct copy to those listed above at their respective addresses by depositing same in the U.S. Mail chute at 651 West Washington Boulevard, Chicago, Illinois, before the hour of 5:00 p.m. on May 27, 2010, with proper postage prepaid.

/s/Melissa Knazze

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T. 312.917.8888