Reginald Payton, et al.

                     Plaintiff,

v.                                              Case No.: 1:07−cv−03736
                                               Honorable Morton Denlow

John Doe, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 27, 2010:

       MINUTE entry before Honorable Morton Denlow:Plaintiffs, Reginald Payton and Payton Studios, Inc., Motion for voluntary dismissal pursuant to Rule 41(a)(2) [82] is granted. Motion hearing set for 6/2/2010 is stricken. Status hearing set for 7/1/2010 is stricken. Civil case terminated. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.